IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bonnett Delores Haskell, | ) C/A No. 0:09-3258-HFF-PJG |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

This social security action is before this court pursuant to 42 U.S.C § 405(g) for review of a "final decision" of the Commissioner of the Social Security Administration ("Commissioner"). The plaintiff initiated this action and filed her Complaint on December 21, 2009. (Docket Entry 1.) The Commissioner filed an Answer along with a transcript of record on April 22, 2010. (Docket Entry 5.)

The Local Rules of this District state that, after the filing of an answer, a plaintiff has thirty (30) days in which to file a written brief. Local Civil Rule 83.VII.04 DSC. The plaintiff's brief was due on or before May 27, 2010. On May 28, 2010 the plaintiff was granted additional time in which to file a brief until June 28, 2010. (Docket Entry 7.) A second extension of time was granted on June 28, 2010, extending plaintiff's time until July 13, 2010. (Docket Entry 9.) As of this date, the plaintiff has not filed a brief and has presented no argument as to why the decision by the Commissioner is not supported by substantial evidence. It therefore appears that the plaintiff does not wish to continue to prosecute this action. Accordingly,

**IT IS ORDERED** that the plaintiff shall have **fourteen (14) days** from the date of this order in which to file a brief. **Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute.** See Davis v. Williams, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

July 21, 2010
Columbia, South Carolina